

**NUMBER 13-15-00230-CV**

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CITY OF PHARR,**                                                            **Appellant,**

**v.**

**PHARR INTERNATIONAL SERVICES, LLC,**                          **Appellee.**

---

**On appeal from the 93rd District Court
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Longoria
Memorandum Opinion Per Curiam**

This case is before the Court on the City of Pharr's unopposed motion to dismiss the appeal. According to the motion, the City of Pharr and Pharr International Services, LLC have settled and compromised all claims pending between them, and as a result the City of Pharr no longer desires to pursue this appeal. The City of Pharr requests that we dismiss this appeal, issue the mandate, and return this case to the trial court for final

disposition in that court. According to the motion, Pharr International Services is in agreement with the relief sought.

We GRANT the motion and set aside the trial court's judgment without regard to the merits and REMAND this case to the trial court for rendition of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). The parties further request immediate issuance of our mandate. *See id.* R. 18.1(c). The motion is GRANTED. We direct the Clerk of the Court to issue the mandate immediately.

PER CURIAM

Delivered and filed the
24th day of November, 2015.

2